# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Wolski, Victor J. | U.S. Court of Federal Claims | 05/14/2019 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Judge, Senior | ☐ Nomination    Date <br> ☐ Initial    ☑ Annual    ☐ Final <br> 5b. ☐ Amended Report | 01/01/2018 <br> to <br> 12/31/2018 |

**7. Chambers or Office Address**

H.T.Markey National Cts. Bldg.
717 Madison Pl., N.W.
Washington, DC 20439

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Associate Editor | Public Contract Law Journal |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wolski, Victor J. | 05/14/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2018 | General Electric Co. - salary |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wolski, Victor J. | 05/14/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wolski, Victor J. | 05/14/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. YUM Common Stock | A | Dividend | J | T | | | | | |
| 2. U.S. Senate F.C.U. Accounts | B | Int./Div. | M | T | | | | | |
| 3. Fidelity Joint Brokerage Account (H) | | | | | | | | | |
| 4. - Fidelity cash account (FDRXX) | A | Interest | J | T | | | | | |
| 5. - Fidelity NASDAQ Comp Index (FNCMX) | A | Dividend | K | T | | | | | |
| 6. - Apple Inc. (AAPL) | A | Dividend | J | T | Buy (add'l) | 11/06/18 | J | | |
| 7. - General Electric Co. (GE) | A | Dividend | J | T | | | | | |
| 8. - Fidelity Total Mkt Prem Class (FSTVX) | A | Dividend | | | Merged (with line 9) | 11/02/18 | M | | |
| 9. - Fidelity Total Market Index Fund (FSKAX) | C | Dividend | M | T | | | | | |
| 10. - Fidelity Emrg Markets Index Prem (FPMAX) | | None | | | Merged (with line 11) | 11/09/18 | K | | |
| 11. - Fidelity Emerging Markets Index Inst'l Premium Fund (FPADX) | A | Dividend | K | T | | | | | |
| 12. - FMI Intl (FMIJX) | C | Dividend | | | Sold (part) | 11/19/18 | J | A | |
| 13. | | | | | Sold | 12/19/18 | L | | |
| 14. - Fidelity US Bond Index Prem Class (FSITX) | A | Dividend | | | Sold | 02/12/18 | J | | |
| 15. - Dreyfus Municipal Bond Fund (DRTAX) | A | Dividend | | | Sold | 06/14/18 | J | | |
| 16. - Anheuser-Busch InBev (BUD) | A | Dividend | J | T | | | | | |
| 17. - Pepsico, Inc (PEP) | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wolski, Victor J. | 05/14/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - Fidelity Advisor Int'l Growth Class I (FIIIX)/Class Z (FZAJX) | A | Dividend | K | T | Buy (add'l) | 02/12/18 | J | | |
| 19. | | | | | Buy (add'l) | 08/14/18 | J | | |
| 20. | | | | | Buy (add'l) | 09/14/18 | J | | |
| 21. | | | | | Sold (part) | 10/17/18 | J | | |
| 22. | | | | | Buy (add'l) | 11/19/18 | K | | |
| 23. | | | | | Buy (add'l) | 12/17/18 | J | | |
| 24. - Fidelity Int'l Small Cap Opp Fund (FSCOX) | | None | | | Buy (add'l) | 10/17/18 | J | | |
| 25. | | | | | Sold | 11/19/18 | J | | |
| 26. - Fidelity Large Cap Stock (FLCSX) | B | Dividend | | | Sold (part) | 03/26/18 | J | | |
| 27. | | | | | Sold (part) | 10/17/18 | J | A | |
| 28. | | | | | Sold | 12/03/18 | K | | |
| 29. - Fidelity Growth Company (FDGRX) | | None | | | Sold | 12/03/18 | K | B | |
| 30. - Fidelity Value Discovery (FVDFX) | B | Dividend | K | T | Buy (add'l) | 02/12/18 | J | | |
| 31. | | | | | Sold (part) | 08/14/18 | J | A | |
| 32. | | | | | Sold (part) | 09/14/18 | J | A | |
| 33. | | | | | Buy (add'l) | 11/19/18 | J | | |
| 34. | | | | | Buy (add'l) | 12/03/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wolski, Victor J. | 05/14/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Buy (add'l) | 12/17/18 | J | | |
| 36.  - Acadian Emerging Markets Port Invstr (AEMGX) | | None | | | Sold | 07/03/18 | J | | |
| 37.  - Causeway Emerging Mrkts Fd Inv Cl (CEMVX) | A | Dividend | J | T | Buy | 08/14/18 | J | | |
| 38. | | | | | Buy (add'l) | 09/14/18 | J | | |
| 39. | | | | | Sold | 10/17/18 | K | | |
| 40. | | | | | Buy | 12/19/18 | J | | |
| 41.  - Dodge & Cox Int'l Stock Fund (DODFX) | | None | | | Buy (add'l) | 03/26/18 | J | | |
| 42. | | | | | Sold | 05/31/18 | K | | |
| 43. | | | | | Buy | 08/14/18 | K | | |
| 44. | | | | | Buy (add'l) | 09/14/18 | J | | |
| 45. | | | | | Buy (add'l) | 10/17/18 | J | | |
| 46. | | | | | Sold (part) | 11/19/18 | K | | |
| 47. | | | | | Sold | 12/17/18 | J | | |
| 48.  - Harding Loevner Emerg Mrkts Port Adv (HLEMX) | | None | | | Buy (add'l) | 07/03/18 | J | | |
| 49. | | | | | Sold (part) | 08/14/18 | J | | |
| 50. | | | | | Sold | 09/14/18 | J | | |
| 51.  - Oakmark Fund Investor Class (OAKMX) | | None | | | Buy (add'l) | 01/05/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wolski, Victor J. | 05/14/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Sold (part) | 02/12/18 | J | | |
| 53. | | | | | Sold | 12/03/18 | L | | |
| 54.   - Janus Henderson Enterprise T (JAENX) | | None | | | Buy (add'l) | 02/12/18 | J | | |
| 55. | | | | | Sold (part) | 07/03/18 | J | A | |
| 56. | | | | | Sold (part) | 11/19/18 | J | A | |
| 57. | | | | | Sold | 12/17/18 | J | A | |
| 58.   - Loomis Sayles Growth Cl Y (LSGRX) | | None | | | Sold (part) | 03/26/18 | J | A | |
| 59. | | | | | Sold | 12/19/18 | J | A | |
| 60.   - Oppenheimer Int'l Growth Cl I (OIGIX) | | None | | | Buy (add'l) | 01/05/18 | J | | |
| 61. | | | | | Sold (part) | 02/12/18 | J | | |
| 62. | | | | | Sold | 09/14/18 | J | | |
| 63. | | | | | Buy | 10/17/18 | K | | |
| 64. | | | | | Sold | 11/19/18 | K | | |
| 65.   - Transamerica Int'l Equity Cl I (TSWIX) | | None | | | Buy (add'l) | 01/05/18 | J | | |
| 66. | | | | | Sold (part) | 02/12/18 | J | | |
| 67. | | | | | Buy (add'l) | 03/26/18 | J | | |
| 68. | | | | | Buy (add'l) | 05/31/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wolski, Victor J. | 05/14/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Buy (add'l) | 08/14/18 | J | | |
| 70. | | | | | Sold | 10/17/18 | K | | |
| 71. | | | | | Buy | 11/19/18 | K | | |
| 72. | | | | | Sold | 12/19/18 | K | | |
| 73.   - Wells Fargo Special Mid Cap Adm (WFMDX) | | None | | | Sold | 02/12/18 | J | | |
| 74.   - Fidelity Tax-Free Bond (FTABX) | A | Dividend | | | Sold (part) | 02/12/18 | K | | |
| 75. | | | | | Sold | 03/26/18 | J | | |
| 76.   - Fidelity Conservative Income Muni Bd Cl I (FMNDX) | A | Dividend | | | Buy (add'l) | 01/05/18 | J | | |
| 77. | | | | | Sold | 02/12/18 | J | | |
| 78.   - Western Asset Managed Muni Cl A (SHMMX) | A | Dividend | | | Buy (add'l) | 01/05/18 | J | | |
| 79. | | | | | Buy (add'l) | 02/12/18 | K | | |
| 80. | | | | | Sold (part) | 03/26/18 | K | | |
| 81. | | | | | Buy (add'l) | 07/03/18 | J | | |
| 82. | | | | | Buy (add'l) | 08/14/18 | J | | |
| 83. | | | | | Buy (add'l) | 09/14/18 | J | | |
| 84. | | | | | Sold (part) | 10/17/18 | K | | |
| 85. | | | | | Sold (part) | 11/19/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wolski, Victor J. | 05/14/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Sold | 12/19/18 | J | | |
| 87.  - Mainstay Tax Free Bond Class A (MTBAX) | A | Dividend | J | T | Sold (part) | 10/17/18 | K | | |
| 88.  - Nuveen VA Municipal Bond Cl A (FVATX) | A | Dividend | | | Buy (add'l) | 01/05/18 | J | | |
| 89. | | | | | Buy (add'l) | 02/12/18 | J | | |
| 90. | | | | | Sold (part) | 03/26/18 | J | | |
| 91. | | | | | Buy (add'l) | 07/03/18 | J | | |
| 92. | | | | | Sold (part) | 08/14/18 | K | | |
| 93. | | | | | Sold (part) | 09/14/18 | J | | |
| 94. | | | | | Sold | 10/17/18 | J | | |
| 95.  - T Rowe Price Tax Free High Yield Adv (PATFX)/(PRFHX) | A | Dividend | | | Buy (add'l) | 01/05/18 | J | | |
| 96. | | | | | Buy (add'l) | 08/14/18 | J | | |
| 97. | | | | | Sold | 10/17/18 | K | | |
| 98.  - T Rowe Price Int'l Bond Fund 1 Class (RPISX) | A | Dividend | | | Sold (part) | 05/31/18 | J | | |
| 99. | | | | | Buy (add'l) | 07/03/18 | J | | |
| 100. | | | | | Sold (part) | 08/14/18 | J | | |
| 101. | | | | | Sold | 10/17/18 | J | | |
| 102.  - Templeton Global Bond Class A (TPINX) | A | Dividend | K | T | Buy (add'l) | 01/05/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wolski, Victor J. | 05/14/2019 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Buy (add'l) | 03/26/18 | J | | |
| 104. | | | | | Sold (part) | 07/03/18 | J | | |
| 105. | | | | | Buy (add'l) | 08/14/18 | J | | |
| 106. | | | | | Buy (add'l) | 09/14/18 | J | | |
| 107. | | | | | Buy (add'l) | 10/17/18 | J | | |
| 108. | | | | | Sold (part) | 11/19/18 | J | | |
| 109. - Wells Fargo Ultra Sht Muni Inc Adm (WUSMX) | A | Dividend | | | Buy (add'l) | 01/05/18 | J | | |
| 110. | | | | | Sold | 02/12/18 | K | | |
| 111. - Flexshares Trust Morningstar Global Upstream Nat Res Idx (GUNR) | A | Dividend | | | Sold | 12/04/18 | J | | |
| 112. - Ishares Inc Core MSCI Emerging Mkts (IEMG) | A | Dividend | J | T | Buy (add'l) | 06/01/18 | J | | |
| 113. | | | | | Sold | 07/05/18 | J | | |
| 114. | | | | | Buy | 09/17/18 | J | | |
| 115. | | | | | Sold | 10/18/18 | J | | |
| 116. | | | | | Buy | 12/20/18 | J | | |
| 117. - Fidelity Overseas (FOSFX) | | None | J | | Buy | 12/19/18 | J | | |
| 118. - Strategic Advisers Tax-Sensitive Short Duration Fund (FGNSX) | A | Dividend | K | T | Buy | 02/12/18 | K | | |
| 119. | | | | | Buy (add'l) | 03/26/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wolski, Victor J. | 05/14/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | Buy (add'l) | 08/14/18 | J | | |
| 121. | | | | | Sold (part) | 11/19/18 | J | | |
| 122.  - Fidelity SAI Tax Free Bond Fund (FSAJX) | A | Dividend | K | T | Buy | 10/17/18 | K | | |
| 123. | | | | | Buy (add'l) | 12/17/18 | J | | |
| 124.  - Blackrock National Muni Fund Class A (MDNLX) | A | Dividend | K | T | Buy | 10/17/18 | J | | |
| 125. | | | | | Buy (add'l) | 12/17/18 | J | | |
| 126.  - William Blair Int'l Growth Class N (WBIGX) | A | Dividend | J | T | Buy | 09/14/18 | J | | |
| 127. | | | | | Sold | 10/17/18 | J | | |
| 128. | | | | | Buy | 11/19/18 | J | | |
| 129. | | | | | Buy (add'l) | 12/17/18 | J | | |
| 130. | | | | | Buy (add'l) | 12/19/18 | J | | |
| 131.  - Causeway Int'l Value Investor (CIVVX) | A | Dividend | J | T | Buy | 10/17/18 | K | | |
| 132. | | | | | Sold | 11/19/18 | K | | |
| 133. | | | | | Buy | 12/19/18 | J | | |
| 134.  - JP Morgan Mid Cap Value Fund Class I (JMVSX) | A | Dividend | J | T | Buy | 02/12/18 | J | | |
| 135. | | | | | Sold (part) | 07/03/18 | J | A | |
| 136. | | | | | Sold | 08/14/18 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wolski, Victor J. | 05/14/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | Buy | 12/19/18 | J | | |
| 138. - Oakmark Int'l Investor Cl (OAKIX) | A | Dividend | K | T | Buy | 05/31/18 | K | | |
| 139. | | | | | Buy (add'l) | 07/03/18 | J | | |
| 140. | | | | | Sold (part) | 08/14/18 | K | | |
| 141. | | | | | Sold | 10/17/18 | J | | |
| 142. | | | | | Buy | 11/19/18 | J | | |
| 143. | | | | | Buy (add'l) | 12/17/18 | J | | |
| 144. | | | | | Buy (add'l) | 12/19/18 | J | | |
| 145. - iShares Core S&P 500 ETF (IVV) | A | Dividend | K | T | Buy | 12/04/18 | J | | |
| 146. | | | | | Buy (add'l) | 12/18/18 | J | | |
| 147. | | | | | Buy (add'l) | 12/20/18 | J | | |
| 148. - iShares MSCI Emerging Markets ETF (EEM) | A | Dividend | | | Buy | 07/05/18 | J | | |
| 149. | | | | | Sold | 09/17/18 | J | | |
| 150. | | | | | Buy | 10/18/18 | J | | |
| 151. | | | | | Sold | 12/20/18 | J | | |
| 152. - iShares MSCI EAFE ETF (EFA) | A | Dividend | | | Buy | 11/20/18 | J | | |
| 153. | | | | | Sold | 12/20/18 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wolski, Victor J. | 05/14/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154.  - iShares Russell 1000 Growth ETF (IWF) | A | Dividend | K | T | Buy | 12/04/18 | K | | |
| 155. | | | | | Buy (add'l) | 12/18/18 | J | | |
| 156. | | | | | Buy (add'l) | 12/20/18 | J | | |
| 157.  - iShares S&P Small-Cap 600 Value (IJS) | A | Dividend | | | Buy | 02/13/18 | J | | |
| 158. | | | | | Sold | 12/20/18 | J | | |
| 159.  - iShares Trust S&P Small Cap 600 Growth ETF (IJT) | A | Dividend | J | T | Buy | 12/18/18 | J | | |
| 160. | | | | | Buy (add'l) | 12/20/18 | J | | |
| 161.  - iShares Trust EAFE Small Cap ETF (SCZ) | A | Dividend | J | T | Buy | 11/20/18 | J | | |
| 162. | | | | | Buy (add'l) | 12/18/18 | J | | |
| 163. | | | | | Buy (add'l) | 12/20/18 | J | | |
| 164.  - iShares Edge MSCI Min Vol EAFE ETF (EFAV) | A | Dividend | J | T | Buy | 10/18/18 | J | | |
| 165. | | | | | Buy (add'l) | 11/20/18 | J | | |
| 166. | | | | | Sold (part) | 12/20/18 | J | | |
| 167.  - iShares Edge MSCI USA Quality Factor ETF (QUAL) | A | Dividend | K | T | Buy | 11/20/18 | J | | |
| 168. | | | | | Buy (add'l) | 12/04/18 | K | | |
| 169. | | | | | Buy (add'l) | 12/20/18 | J | | |
| 170.  - iShares Edge MSCI USA Value Factor ETF (VLUE) | A | Dividend | K | T | Buy | 12/04/18 | K | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code I (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. | | | | | Buy (add'l) | 12/18/18 | J | | |
| 172. | | | | | Buy (add'l) | 12/20/18 | J | | |
| 173.  - iShares Trust Core MSCI EAFE ETF (IEFA) | | None | K | T | Buy | 12/20/18 | K | | |
| 174.  - MFS Int'l Value Fund Class A (MGIAX) | | None | J | T | Buy | 09/14/18 | J | | |
| 175. | | | | | Sold | 10/17/18 | J | | |
| 176. | | | | | Buy | 12/19/18 | J | | |
| 177.  - Mainstay MacKay High Yield Muni Bond Class A (MMHAX) | A | Dividend | K | T | Buy | 10/17/18 | K | | |
| 178. | | | | | Sold (part) | 12/19/18 | J | | |
| 179.  - Oppenheimer Developing Markets Fund Class I (ODVIX) | | None | J | T | Buy | 12/19/18 | J | | |
| 180.  - T Rowe Price Emerging Markets Stock Fund I Class (PRZIX) | A | Dividend | | | Buy | 08/14/18 | J | | |
| 181. | | | | | Sold | 09/14/18 | J | | |
| 182. | | | | | Buy | 10/17/18 | K | | |
| 183. | | | | | Sold | 12/19/18 | K | | |
| 184.  - T Rowe Price VA Tax Free Bond (PRVAX) | A | Dividend | K | T | Buy | 08/14/18 | K | | |
| 185. | | | | | Buy (add'l) | 09/14/18 | J | | |
| 186. | | | | | Buy (add'l) | 10/17/18 | J | | |
| 187. | | | | | Sold (part) | 11/19/18 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wolski, Victor J. | 05/14/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. - SPDR Index SHS Fds S&P Global Natural Resources ETF (GNR) | A | Dividend | J | T | Buy | 12/04/18 | J | | |
| 189. | | | | | Buy (add'l) | 12/18/18 | J | | |
| 190. - Vanguard Long Term Tax Exempt Admiral (VWLUX) | A | Dividend | | | Buy | 02/12/18 | J | | |
| 191. | | | | | Buy (add'l) | 03/26/18 | K | | |
| 192. | | | | | Sold | 10/17/18 | K | | |
| 193. - Wells Fargo Muni Bond Fund Admin Class (WMFDX) | A | Dividend | K | T | Buy | 10/17/18 | K | | |
| 194. Schwab Rollover IRA #1/Fidelity Rollover IRA #2 (H) | | | | | | | | | |
| 195. - Schwab Government Money Fund (SWGXX) | A | Interest | | | Closed | 04/20/18 | J | | |
| 196. - DoubleLine Total Return Bond Fund Class I (DBLTX) | A | Dividend | | | Sold | 04/24/18 | J | | |
| 197. - Vanguard Intermediate-Term Investment-Grade Fund (VFICX) | A | Dividend | | | Sold | 04/24/18 | J | | |
| 198. - Vanguard Short-Term Investment-Grade Fund Inv Cl (VFSTX) | A | Dividend | | | Sold | 04/24/18 | J | | |
| 199. - Vanguard Total Bond Market Index Fund Admiral (VBTLX) | A | Dividend | | | Sold | 03/05/18 | J | | |
| 200. - DFA Emerging Markets Core Equity Port Inst'l (DFCEX) | A | Dividend | | | Sold (part) | 03/05/18 | J | B | |
| 201. | | | | | Sold | 04/24/18 | K | B | |
| 202. - DFA Int'l Small Co Port Inst'l (DFISX) | A | Dividend | | | Sold | 04/24/18 | J | B | |
| 203. - DFA Large Cap Int'l Port Inst'l (DFALX) | A | Dividend | | | Buy (add'l) | 03/05/18 | J | | |
| 204. | | | | | Sold | 04/24/18 | K | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. - DFA US Large Cap Value Port Inst'l (DFLVX) | A | Dividend | | | Sold (part) | 03/05/18 | J | A | |
| 206. | | | | | Sold | 04/24/18 | K | D | |
| 207. - DFA US Small Cap Port Inst'l (DFSTX) | A | Dividend | | | Sold | 04/24/18 | J | A | |
| 208. - iShares Core S&P 500 ETF Index (IVV) | A | Dividend | | | Sold (part) | 03/05/18 | J | C | |
| 209. | | | | | Sold | 04/11/18 | L | E | |
| 210. - iShares Russell Mid-Cap ETF (IWR) | A | Dividend | | | Sold | 04/11/18 | J | C | |
| 211. - iShares Russell Mid-Cap Value ETF (IWS) | A | Dividend | | | Sold | 04/11/18 | J | C | |
| 212. - WisdomTree SmallCap Dividend Fund (DES) | A | Dividend | | | Sold (part) | 03/05/18 | J | A | |
| 213. | | | | | Sold | 04/11/18 | J | B | |
| 214. - Metropolitan West Total Return Bond I (MWTIX) | A | Dividend | | | Sold (part) | 03/05/18 | J | | |
| 215. | | | | | Sold | 04/24/18 | J | | |
| 216. - DFA International Value I Fund (DFIVX) | A | Dividend | | | Sold (part) | 03/05/18 | J | A | |
| 217. | | | | | Sold | 04/24/18 | J | A | |
| 218. - Guggenheim Bullet 2021 Corp Bd ETF (BSCL) | A | Dividend | | | Sold | 04/11/18 | J | | |
| 219. - Janus Henderson Strategic Income Class I (HFAIX) | A | Dividend | | | Buy (add'l) | 03/05/18 | J | | |
| 220. | | | | | Sold | 04/24/18 | J | A | |
| 221. - Neuberger Berman High Income Bond Inst. (NHILX) | A | Dividend | | | Sold | 03/05/18 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wolski, Victor J. | 05/14/2019 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. - iShares Floating Rate Bond ETF (FLOT) | A | Dividend | | | Buy | 03/05/18 | J | | |
| 223. | | | | | Sold | 04/27/18 | J | | |
| 224. - PIMCO Enhanced Short Maturity Active ETF (MINT) | A | Dividend | | | Buy | 03/05/18 | J | | |
| 225. | | | | | Sold | 04/27/18 | J | A | |
| 226. - PIMCO Income Institutional Class (PIMIX) | A | Dividend | | | Buy | 03/05/18 | J | | |
| 227. | | | | | Sold | 04/24/18 | J | | |
| 228. - DFA US Micro Cap Portfolio Institutional Class (DFSCX) | A | Dividend | | | Buy | 03/05/18 | J | | |
| 229. | | | | | Sold | 04/24/18 | J | A | |
| 230. Schwab Rollover IRA #2/Fidelity Rollover IRA #3 (H) | | | | | | | | | |
| 231. - Schwab Government Money Fund (SWGXX) | A | Interest | | | Closed | 05/02/18 | J | | |
| 232. - iShares Core S&P 500 ETF Index (IVV) | A | Dividend | K | T | Sold (part) | 03/05/18 | J | B | |
| 233. - iShares MSCI EAFE Value ETF (EFV) | A | Dividend | J | T | | | | | |
| 234. - iShares Russell Mid-Cap ETF (IWR) | A | Dividend | J | T | Sold (part) | 03/05/18 | J | B | |
| 235. - iShares Short-Term Corporate Bond ETF (IGSB) | A | Dividend | J | T | | | | | |
| 236. - iShares MSCI EAFE ETF (EFA) | A | Dividend | K | T | | | | | |
| 237. - iShares Russell 2000 Value ETF (IWN) | A | Dividend | J | T | | | | | |
| 238. - Vanguard Total Bond Market ETF (BND) | A | Dividend | J | T | Sold (part) | 03/05/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. - Vanguard FTSE Emerging Markets ETF (VWO) | A | Dividend | J | T | | | | | |
| 240. - Vanguard Value ETF (VTV) | A | Dividend | K | T | | | | | |
| 241. - Vanguard Intermediate Term Corporate ETF (VCIT) | A | Dividend | J | T | Buy (add'l) | 03/05/18 | J | | |
| 242. - Invesco BulletShares 2021 Corp Bond ETF (BSCL) | A | Dividend | J | T | Buy (add'l) | 03/05/18 | J | | |
| 243. - PIMCO Active Bond ETF (BOND) | A | Dividend | J | T | | | | | |
| 244. - SPDR DoubleLine Tot Return Tactical ETF (TOTL) | A | Dividend | J | T | | | | | |
| 245. - iShares Floating Rate Bond ETF (FLOT) | A | Dividend | J | T | Buy | 03/05/18 | J | | |
| 246. - PIMCO Enhanced Short Maturity Active ETF (MINT) | A | Dividend | J | T | Buy | 03/05/18 | J | | |
| 247. - WisdomTree US MidCap Dividend ETF (DON) | A | Dividend | J | T | Buy | 03/05/18 | J | | |
| 248. - Fidelity Government Money Market (SPAXX) | A | Interest | J | T | Open | 05/02/18 | J | | |
| 249. Schwab Investment Account/Fidelity Joint Brokerage Account (H) | | | | | | | | | |
| 250. - Schwab Municipal Money Fund (SWXXX) | A | Dividend | | | Closed | 04/03/18 | J | | |
| 251. - iShares Core US Value ETF (IUSV) | A | Dividend | J | T | | | | | |
| 252. - iShares Russell 3000 ETF (IWV) | A | Dividend | J | T | | | | | |
| 253. - iShares MSCI ACWI ETF (ACWI) | A | Dividend | K | T | | | | | |
| 254. Fidelity IRA #1 (H) | | | | | | | | | |
| 255. - Fidelity Short Term Bond Fund (FSHBX) | A | Dividend | | | Sold (part) | 10/17/18 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wolski, Victor J. | 05/14/2019 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. | | | | | Sold (part) | 10/30/18 | J | | |
| 257. | | | | | Sold | 12/12/18 | J | A | |
| 258. - Fidelity Total Bond (FTBFX) | A | Dividend | | | Buy (add'l) | 01/18/18 | J | | |
| 259. | | | | | Buy (add'l) | 06/29/18 | J | | |
| 260. | | | | | Sold | 10/29/18 | K | B | |
| 261. - Fidelity Advisor Stock Selectr Mid Cap Cl I (FMCCX) | | None | | | Sold | 04/12/18 | J | B | |
| 262. - Fidelity Emerging Markets (FEMKX) | | None | | | Sold (part) | 03/08/18 | J | A | |
| 263. | | | | | Sold (part) | 06/29/18 | J | A | |
| 264. | | | | | Sold (part) | 09/12/18 | J | A | |
| 265. | | | | | Sold (part) | 10/30/18 | J | A | |
| 266. | | | | | Sold | 11/30/18 | J | B | |
| 267. - Fidelity Stock Selector Small Cap (FDSCX) | | None | | | Sold | 04/12/18 | J | B | |
| 268. - Fidelity Large Cap Value Enhanced Index (FLVEX) | | None | | | Sold | 04/12/18 | K | C | |
| 269. - Fidelity Stock Selector All Cap Fund (FDSSX) | | None | | | Sold (part) | 03/08/18 | J | A | |
| 270. | | | | | Sold | 04/12/18 | K | D | |
| 271. - Fidelity Contrafund (FCNTX) | A | Dividend | | | Sold (part) | 03/08/18 | J | A | |
| 272. | | | | | Sold | 04/12/18 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. - Fidelity Growth Co. (FDGRX) | | None | | | Sold (part) | 01/18/18 | J | A | |
| 274. | | | | | Sold (part) | 03/08/18 | J | A | |
| 275. | | | | | Sold | 04/12/18 | J | D | |
| 276. - Fidelity Low Priced Stock (FLPSX) | | None | | | Sold (part) | 03/08/18 | J | A | |
| 277. | | | | | Sold | 04/12/18 | J | C | |
| 278. - Fidelity Value Discovery (FVDFX) | | None | | | Sold | 04/12/18 | J | B | |
| 279. - Strategic Advisers Intl II Fund (FUSIX) | B | Dividend | K | T | Sold (part) | 04/12/18 | J | A | |
| 280. | | | | | Buy (add'l) | 09/12/18 | J | | |
| 281. | | | | | Buy (add'l) | 10/29/18 | J | | |
| 282. | | | | | Sold (part) | 10/30/18 | J | A | |
| 283. | | | | | Sold (part) | 11/30/18 | J | A | |
| 284. | | | | | Buy (add'l) | 12/12/18 | J | | |
| 285. | | | | | Sold (part) | 12/28/18 | J | A | |
| 286. - Fidelity SAI U.S. Large Cap Index (FLCPX) | | None | | | Buy (add'l) | 03/08/18 | J | | |
| 287. | | | | | Sold | 04/12/18 | J | A | |
| 288. - Fidelity SAI Intl Index (FIONX) | A | Dividend | J | T | Sold (part) | 10/30/18 | J | A | |
| 289. | | | | | Buy (add'l) | 12/12/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290. | | | | | Sold (part) | 12/18/18 | J | A | |
| 291. - Fidelity SAI Emerg Markets Index (FERGX) | A | Dividend | J | T | Buy (add'l) | 04/12/18 | J | | |
| 292. | | | | | Buy (add'l) | 06/29/18 | J | | |
| 293. | | | | | Buy (add'l) | 09/12/18 | J | | |
| 294. | | | | | Sold (part) | 10/30/18 | J | A | |
| 295. | | | | | Sold (part) | 11/30/18 | J | A | |
| 296. | | | | | Buy (add'l) | 12/12/18 | J | | |
| 297. | | | | | Sold (part) | 12/18/18 | J | A | |
| 298. - Fidelity SAI U.S. Quality Index Fund (FUQIX) | | None | | | Sold | 04/12/18 | J | C | |
| 299. - Fidelity Small Cap Value (FCPVX) | | None | | | Sold | 04/12/18 | J | A | |
| 300. - Fidelity Select Natl Resources (FNARX) | A | Dividend | J | T | Sold (part) | 01/18/18 | J | A | |
| 301. | | | | | Sold (part) | 10/30/18 | J | A | |
| 302. | | | | | Buy (add'l) | 11/30/18 | J | | |
| 303. | | | | | Buy (add'l) | 12/12/18 | J | | |
| 304. - Fidelity Advisor High Income Cl I (FHNIX) | A | Dividend | | | Sold (part) | 10/30/18 | J | A | |
| 305. | | | | | Merged (with line 336) | 12/07/18 | J | | |
| 306. - Fidelity Floating Rate High Income (FFRHX) | A | Dividend | | | Sold (part) | 10/30/18 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wolski, Victor J. | 05/14/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. | | | | | Sold | 12/12/18 | J | A | |
| 308. - Fidelity Advisor Strategic Inc Cl I (FSRIX) | A | Dividend | | | Sold (part) | 10/30/18 | J | A | |
| 309. | | | | | Sold | 12/12/18 | J | A | |
| 310. - Fidelity Capital & Income (FAGIX) | A | Dividend | | | Sold (part) | 10/30/18 | J | A | |
| 311. | | | | | Sold | 12/12/18 | J | A | |
| 312. - Fidelity Investment Grade (FBNDX) | A | Dividend | | | Buy (add'l) | 01/18/18 | J | | |
| 313. | | | | | Buy (add'l) | 03/08/18 | J | | |
| 314. | | | | | Buy (add'l) | 06/29/18 | J | | |
| 315. | | | | | Buy (add'l) | 09/12/18 | J | | |
| 316. | | | | | Sold (part) | 10/17/18 | J | | |
| 317. | | | | | Sold | 10/29/18 | K | A | |
| 318. - Fidelity Conservative Income Bond Fd Cl I (FCNVX) | A | Dividend | | | Buy (add'l) | 09/12/18 | J | | |
| 319. | | | | | Sold (part) | 10/30/18 | J | A | |
| 320. | | | | | Sold | 12/12/18 | J | A | |
| 321. - Fidelity Inflation-Protected Bd Index Instl Prem (FIPDX) | A | Dividend | | | Sold | 10/29/18 | J | A | |
| 322. - FIMM Government Portfolio: Instl Cl (FRGXX) | A | Dividend | | | Buy (add'l) | 01/18/18 | J | | |
| 323. | | | | | Sold (part) | 02/12/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wolski, Victor J. | 05/14/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 324. | | | | | Sold (part) | 05/14/18 | J | | |
| 325. | | | | | Buy (add'l) | 06/29/18 | J | | |
| 326. | | | | | Sold (part) | 09/12/18 | J | | |
| 327. | | | | | Sold (part) | 09/24/18 | J | | |
| 328. | | | | | Buy (add'l) | 10/29/18 | J | | |
| 329. | | | | | Sold (part) | 10/30/18 | J | | |
| 330. | | | | | Sold (part) | 11/13/18 | J | | |
| 331. | | | | | Buy (add'l) | 11/30/18 | J | | |
| 332. | | | | | Sold | 12/12/18 | J | | |
| 333. - Fidelity Large Cap Stock (FLCSX) | | None | | | Sold (part) | 01/18/18 | J | A | |
| 334. | | | | | Sold (part) | 03/08/18 | J | A | |
| 335. | | | | | Sold | 04/12/18 | K | B | |
| 336. - Fidelity Advisor High Income Fund Class I (FGTMX) | A | Dividend | | | Sold | 12/12/18 | J | A | |
| 337. - Fidelity Total Market Index Institutional Premium Class (FSKAX) | A | Dividend | J | T | Buy | 04/12/18 | J | | |
| 338. | | | | | Sold (part) | 10/30/18 | J | A | |
| 339. | | | | | Buy (add'l) | 12/12/18 | J | | |
| 340. - Strategic Advisers Fidelity Emerging Markets Fund (FGOMX) | A | Dividend | J | T | Buy | 11/30/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wolski, Victor J. | 05/14/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 341. | | | | | Buy (add'l) | 12/03/18 | J | | |
| 342. | | | | | Buy (add'l) | 12/12/18 | J | | |
| 343. | | | | | Sold (part) | 12/28/18 | J | | |
| 344. - Strategic Advisers Fidelity Total Stock Fund (FCTDX) | B | Dividend | M | T | Buy | 04/12/18 | M | | |
| 345. | | | | | Buy (add'l) | 04/13/18 | J | | |
| 346. | | | | | Sold (part) | 06/29/18 | J | A | |
| 347. | | | | | Sold (part) | 09/12/18 | J | A | |
| 348. | | | | | Buy (add'l) | 10/17/18 | J | | |
| 349. | | | | | Sold (part) | 10/30/18 | J | | |
| 350. | | | | | Sold (part) | 11/30/18 | J | A | |
| 351. | | | | | Buy (add'l) | 12/12/18 | K | | |
| 352. | | | | | Buy (add'l) | 12/13/18 | J | | |
| 353. - Fidelity Advisor High Income Advantage Fund Class I (FAHCX) | A | Dividend | J | T | Buy | 12/12/18 | J | | |
| 354. - Strategic Advisers Fidelity Core Income Fund (FIWGX) | A | Dividend | K | T | Buy | 10/29/18 | L | | |
| 355. | | | | | Sold (part) | 10/30/18 | J | | |
| 356. | | | | | Buy (add'l) | 11/02/18 | J | | |
| 357. | | | | | Buy (add'l) | 11/30/18 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,000 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wolski, Victor J. | 05/14/2019 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 358. | | | | | Sold (part) | 12/12/18 | K | A | |
| 359. | | | | | Buy (add'l) | 12/18/18 | J | | |
| 360.  Fidelity Rollover IRA #2 (H) | | | | | | | | | |
| 361.  - Fid Advisor Stock Selectr Mid Cap Cl I (FMCCX) | | None | | | Sold | 04/12/18 | J | B | |
| 362.  - Fidelity Emerging Markets (FEMKX) | | None | | | Sold (part) | 03/08/18 | J | A | |
| 363. | | | | | Sold (part) | 04/12/18 | J | A | |
| 364. | | | | | Buy (add'l) | 04/24/18 | J | | |
| 365. | | | | | Buy (add'l) | 04/25/18 | J | | |
| 366. | | | | | Sold (part) | 09/12/18 | J | A | |
| 367. | | | | | Sold | 11/30/18 | K | A | |
| 368.  - Fidelity Stock Selector Small Cap (FDSCX) | | None | | | Sold | 04/12/18 | J | B | |
| 369.  - Fid Large Cap Value Enhanced Index (FLVEX) | | None | | | Sold | 04/12/18 | K | C | |
| 370.  - Fidelity Stock Selector All Cap Fd (FDSSX) | | None | | | Sold (part) | 03/08/18 | J | A | |
| 371. | | | | | Sold | 04/12/18 | K | D | |
| 372.  - Fidelity Contrafund (FCNTX) | A | Dividend | | | Sold (part) | 03/08/18 | J | A | |
| 373. | | | | | Sold | 04/12/18 | J | C | |
| 374.  - Fidelity Growth Co. (FDGRX) | | None | | | Sold (part) | 03/08/18 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 375. | | | | | Sold | 04/12/18 | K | D | |
| 376. - Fidelity Low Priced Stock (FLPSX) | | None | | | Sold (part) | 03/08/18 | J | A | |
| 377. | | | | | Sold | 04/12/18 | K | C | |
| 378. - Fidelity Value Discovery (FVDFX) | | None | | | Sold | 04/12/18 | J | B | |
| 379. - Strategic Advisers Intl II Fund (FUSIX) | C | Dividend | L | T | Buy (add'l) | 03/08/18 | J | | |
| 380. | | | | | Sold (part) | 04/12/18 | J | A | |
| 381. | | | | | Buy (add'l) | 04/24/18 | K | | |
| 382. | | | | | Buy (add'l) | 04/25/18 | K | | |
| 383. | | | | | Buy (add'l) | 04/30/18 | J | | |
| 384. | | | | | Buy (add'l) | 09/12/18 | J | | |
| 385. | | | | | Sold (part) | 10/17/18 | J | A | |
| 386. - Fidelity SAI U.S. Large Cap Index (FLCPX) | | None | | | Buy (add'l) | 03/08/18 | J | | |
| 387. | | | | | Sold | 04/12/18 | J | A | |
| 388. - Fidelity SAI Intl Index (FIONX) | A | Dividend | J | T | Buy (add'l) | 01/18/18 | J | | |
| 389. | | | | | Buy (add'l) | 03/08/18 | J | | |
| 390. | | | | | Sold (part) | 04/12/18 | J | A | |
| 391. | | | | | Buy (add'l) | 04/24/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wolski, Victor J. | 05/14/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 392. | | | | | Buy (add'l) | 04/25/18 | J | | |
| 393. | | | | | Buy (add'l) | 09/12/18 | J | | |
| 394. | | | | | Sold (part) | 10/17/18 | J | A | |
| 395. | | | | | Sold (part) | 12/18/18 | J | A | |
| 396. - Fidelity SAI Emerg Markets Index (FERGX) | A | Dividend | J | T | Buy (add'l) | 04/12/18 | J | | |
| 397. | | | | | Buy (add'l) | 04/24/18 | J | | |
| 398. | | | | | Buy (add'l) | 04/25/18 | J | | |
| 399. | | | | | Buy (add'l) | 06/29/18 | J | | |
| 400. | | | | | Buy (add'l) | 09/12/18 | J | | |
| 401. | | | | | Sold (part) | 10/17/18 | J | A | |
| 402. | | | | | Sold (part) | 11/30/18 | J | B | |
| 403. | | | | | Sold (part) | 12/18/18 | J | | |
| 404. - Fidelity SAI U.S. Quality Index Fund (FUQIX) | | None | | | Sold | 04/12/18 | K | C | |
| 405. - Fidelity Small Cap Value (FCPVX) | | None | | | Sold | 04/12/18 | J | A | |
| 406. - Fidelity Select Natural Resources (FNARX) | A | Dividend | J | T | Buy (add'l) | 04/24/18 | J | | |
| 407. | | | | | Buy (add'l) | 04/25/18 | J | | |
| 408. | | | | | Buy (add'l) | 12/28/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 409. - Fidelity Advisor High Income Adv Cl I (FAHCX) | A | Dividend | J | T | Buy (add'l) | 04/24/18 | J | | |
| 410. | | | | | Buy (add'l) | 04/25/18 | J | | |
| 411. | | | | | Sold (part) | 11/13/18 | J | A | |
| 412. | | | | | Buy (add'l) | 11/30/18 | J | | |
| 413. - Fidelity Inflat-Prot Bd Index Instl Prem (FIPDX) | A | Dividend | | | Buy (add'l) | 01/18/18 | J | | |
| 414. | | | | | Sold (part) | 04/12/18 | J | | |
| 415. | | | | | Buy (add'l) | 04/24/18 | J | | |
| 416. | | | | | Buy (add'l) | 04/25/18 | J | | |
| 417. | | | | | Sold | 10/29/18 | J | A | |
| 418. - Fidelity Total Bond (FTBFX) | A | Dividend | | | Sold (part) | 02/12/18 | J | | |
| 419. | | | | | Buy (add'l) | 03/08/18 | J | | |
| 420. | | | | | Sold (part) | 04/12/18 | J | | |
| 421. | | | | | Buy (add'l) | 04/24/18 | J | | |
| 422. | | | | | Buy (add'l) | 04/25/18 | J | | |
| 423. | | | | | Sold (part) | 05/14/18 | J | | |
| 424. | | | | | Buy (add'l) | 06/29/18 | J | | |
| 425. | | | | | Buy (add'l) | 09/12/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wolski, Victor J. | 05/14/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 426. | | | | | Sold (part) | 09/24/18 | J | | |
| 427. | | | | | Sold (part) | 10/17/18 | J | | |
| 428. | | | | | Sold | 10/29/18 | K | A | |
| 429. - Fidelity Large Cap Stock (FLCSX) | | None | | | Sold (part) | 01/18/18 | J | A | |
| 430. | | | | | Sold (part) | 03/08/18 | J | A | |
| 431. | | | | | Sold | 04/12/18 | K | C | |
| 432. - Fidelity Total Market Index Institutional Premium Cl Fund (FSKAX) | A | Dividend | K | T | Buy | 04/12/18 | J | | |
| 433. | | | | | Buy (add'l) | 04/24/18 | J | | |
| 434. | | | | | Buy (add'l) | 04/25/18 | J | | |
| 435. | | | | | Sold (part) | 10/17/18 | J | A | |
| 436. - Strategic Advisers Fidelity Emerging Markets (FGOMX) | A | Dividend | K | T | Buy | 11/30/18 | K | | |
| 437. | | | | | Buy (add'l) | 12/03/18 | J | | |
| 438. | | | | | Sold (part) | 12/28/18 | J | | |
| 439. - Strategic Advisers Fidelity U.S. Total Stock (FCTDX) | D | Dividend | N | T | Buy | 04/12/18 | M | | |
| 440. | | | | | Buy (add'l) | 04/13/18 | J | | |
| 441. | | | | | Buy (add'l) | 04/24/18 | L | | |
| 442. | | | | | Buy (add'l) | 04/25/18 | L | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 30 of 32

**Name of Person Reporting**

Wolski, Victor J.

**Date of Report**

05/14/2019

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 443. | | | | | Buy (add'l) | 04/30/18 | J | | |
| 444. | | | | | Sold (part) | 06/29/18 | J | A | |
| 445. | | | | | Sold (part) | 09/12/18 | J | A | |
| 446. | | | | | Buy (add'l) | 10/17/18 | J | | |
| 447. | | | | | Buy (add'l) | 12/18/18 | J | | |
| 448. | | | | | Buy (add'l) | 12/28/18 | J | | |
| 449. - Strategic Advisers Fidelity Core Income (FIWGX) | A | Dividend | L | T | Buy | 10/29/18 | L | | |
| 450. | | | | | Buy (add'l) | 12/18/18 | J | | |
| 451. | | | | | Sold (part) | 12/28/18 | J | A | |
| 452. UBS Investment Account (H) | | | | | | | | | |
| 453. - General Electric Co. (GE) | A | Dividend | J | T | Buy | 04/25/18 | J | | |
| 454. | | | | | Buy (add'l) | 09/30/18 | J | | |
| 455. | | | | | Buy (add'l) | 11/17/18 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wolski, Victor J. | 05/14/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII:  Lines 8 and 9 merged on 11/02/18.
Lines 10 and 11 merged on 11/09/18.
Line 18: Fidelity Advisor Int'l Growth Class I (FIIIX0 was converted to Class Z (FZAJX) on 06/04/18.
Line 95: T Rowe Price Tax Free High Yield Advantage (PATFX) was converted to T Rowe Price Tax Free High Yield (PRFHX) on 07/09/18.
Line 194: holdings remaining in account on 4/20/18 were transferred to Fidelity Rollover IRA #2, and sold shortly therafter.
Line 230: holdings transferred to a different account on 5/02/18.
Line 235:  iShares 1-3 Year Credit Bond ETF (CSJ) changed name to iShares Short-Term Corporate Bond ETF (IGSB) in August 2018.
Line 242: PwerShares Bulletshares 2021 Corp Bond Portfolio (BSCL) changed name to Guggenheim Bullet 2021 on 4/9/18, then to Invesco Bulletshares 2021 Corporate Bond ETF on 6/4/18 (symbol still BSCL).
Line 249: holdings transferred to a different account on 4/3/18.
Lines 304 and 336 merged on 12/7/18.
Lines 452-55: Account opened 9/30/17, inadvertently omitted from last year's report.

**FINANCIAL DISCLOSURE REPORT**

Page 32 of 32

Name of Person Reporting

Wolski, Victor J.

Date of Report

05/14/2019

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Victor J. Wolski**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544